# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Donato M. Larotonda | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-14075MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 6/7/17 and 2 Orders extending time until 7/6/16 and 7/22/16 and this case is hereby DISMISSED.

August 1, 2016

*Magdeline D. Coleman* (signature)

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Certification Concerning Credit Counseling and/or
Certificate of Credit Counseling
Matrix
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J

Statement of Financial Affairs
Summary of Assets and Liabilities Form B106