United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14075-mdc
Donato M. Larotonda                                                       Chapter 13
Donato M. Larotonda
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1          Date Rcvd: Aug 01, 2016
                            Form ID: pdf900       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.
db          +Donato M. Larotonda,    MAILING ADDRESS,    P.O. Box 37341,    Philadelphia, PA 19148-7341
db          +Donato M. Larotonda,    1244 Ellsworth St.,    Philadelphia, PA 19147-4511
13759491    +Bank of America N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
              701 Market St., Ste. 5000,    Phila., PA 19106-1541
13760512    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Aug 02 2016 01:55:25     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2016 01:54:54
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2016 01:55:18     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                    :            Chapter 13

                                                         :

Donato M. Larotonda

                                                         :

        Debtor                                           :            Bankruptcy No. 16-14075MDC


ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated 6/7/17 and 2 Orders extending time until

7/6/16 and 7/22/16 and this case is

hereby DISMISSED.


August 1, 2016

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Certification Concerning Credit Counseling and/or
Certificate of Credit Counseling
Matrix
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J

Statement of Financial Affairs
Summary of Assets and Liabilities Form B106